UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, *et al.* Petitioners, | ) ) ) ) | |
| v. | ) ) | No. 22-1198, *et al.* (consolidated) |
| Federal Energy Regulatory Commission, Respondent. | ) ) ) ) | |

**UNOPPOSED MOTION TO GOVERN**

Pursuant to the Court's August 9, 2022 order and Federal Rule of Appellate Procedure 27, Respondent Federal Energy Regulatory Commission submits this motion to govern future proceedings. The Commission has consulted with counsel for all petitioners in this consolidated appeal. No party objects to the proposal forth below.

**BACKGROUND**

**A.    The Commission's Return On Equity Orders**

These consolidated petitions originally sought review of four Commission orders concerning the return on equity component of the rates to be charged under a cost-of-service agreement for the continued operation of the Mystic Generating Station. *See Constellation Mystic Power, LLC*, 176 FERC ¶ 61,019 (July 15, 2021); *on reh'g* 177 FERC

¶ 61,106 (Nov. 18, 2021), *on further reh'g* 178 FERC ¶ 61,116 (Feb. 18, 2022), *on further reh'g* 178 FERC ¶ 62,028 (Jan. 18, 2022).

On July 8, 2022, the Massachusetts Attorney General, petitioner in 21-1223, the Connecticut Parties, petitioners in 21-1222 and 22-1001, and Eastern New England Consumer Owned Systems, petitioner in 21-1224, moved to hold this case in abeyance pending the issuance of the Court's decision *MISO Transmission Owners v. FERC*, No. 16-1325, a case concerning the Commission's methodology for calculating the appropriate return on equity. The Court granted that motion in a July 27, 2022 order. *See* ECF Doc. #1956639.

On August 9, 2022, the Court issued its decision in *MISO Transmission Owners*. The Court rejected certain challenges to the Commission's return on equity methodology, but vacated the underlying orders and remanded the matter to the Commission because the Court found one aspect of that methodology to be arbitrary and capricious. *See MISO Transmission Owners*, No. 16-1325, 2022 WL 3205799, at *1. On the same day, the Court directed the parties in this proceeding to file motions to govern by September 8, 2022. *See* ECF Doc. #1958472.

2

### B. The Commission's True-Up Order

On August 22, 2022, Petitioner Constellation Mystic Power petitioned for review of a Commission order addressing the scope of the "true-up" provision in the cost-of-service agreement. *See Constellation Mystic Power, LLC*, 179 FERC ¶ 61,011 (Apr. 28, 2022), *reh'g denied by operation of law*, 179 FERC ¶ 62,179 (June 27, 2022). On August 25, 2022, the Court issued an order consolidating that petition – No. 22-1215 – with the petitions challenging the Commission return on equity orders (Nos. 21-1198, *et al.*). *See* ECF Doc. #1960760.

## PROPOSAL

### A. The True-Up Petition (No. 22-1215)

On September 7, 2022, Petitioner Constellation Mystic Power moved this Court for an order severing No. 22-1215 from the other consolidated petitions and granting the voluntary dismissal of that action.

### B. The Return On Equity Petitions (Nos. 21-1198, *et al.*)

The Commission submits – and all parties agree – that this case should remain in abeyance pending further proceedings in the *MISO Transmission Owners* case. The deadline for seeking rehearing in that

case has yet to expire, nor has the mandate issued. The Commission believes, therefore, that it is premature to return this case to the active docket and develop a schedule for its resolution.

Accordingly, the Commission, without opposition, moves this Court for an order: (1) keeping the return on equity petitions for review in abeyance (*i.e.*, all consolidated petitions except No. 22-1215, which Petitioner Constellation Mystic Power has moved to sever and dismiss), and (2) directing that motions to govern future proceedings be filed (a) within three weeks of the issuance of the mandate in *MISO Transmission Owners* if no petitions for rehearing of that decision are filed, or (b) within three weeks of a court order granting or denying any petitions for rehearing of *MISO Transmission Owners* that may be filed.

                Respectfully submitted,

                */s/ Robert M. Kennedy*
                Robert M. Kennedy
                Senior Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C.  20426
Tel.:  (202) 502-8904
Fax:  (202) 273-0901
Email:  Robert.Kennedy@ferc.gov

September 8, 2022

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 598 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft 365.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Senior Attorney

Federal Energy Regulatory
   Commission
Washington, D.C.  20426
Tel.: (202) 502-8904
Fax: (202) 273-0901
Email: robert.kennedy@ferc.gov

September 8, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Senior Attorney
