# United States Court of Appeals
## For The District Of Columbia Circuit

_____

| | |
|---|---|
| **No. 21-1198** | **September Term, 2022** |
| | FERC-ER18-1639-000 |
| | FERC-ER18-1639-010 |
| | FERC-ER18-1639-013 |
| | FERC-ER18-1639-017 |
| | **Filed On:** October 7, 2022 |

Constellation Mystic Power, LLC,

     Petitioner

  v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
     Intervenors

------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026, 22-1215

# **O R D E R**

     Upon consideration of the unopposed motion for voluntary dismissal of No. 22-1215, and the unopposed motion to govern future proceedings in No. 21-1198, et al., it is

     **ORDERED** that the motion for voluntary dismissal be granted and No. 22-1215 be dismissed. It is

     **FURTHER ORDERED** that the consolidation of No. 22-1215 with No. 21-1198, et al., be terminated. It is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-1198**                                              **September Term, 2022**

      **FURTHER ORDERED** that No. 21-1198, et al., remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by October 25, 2022.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                          BY:     /s/
                                          Laura Chipley
                                          Deputy Clerk